# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00422-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  HAI MANH DO,

    Defendant.

---

## MINUTE ORDER[1]

---

On February 12, 2013, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter.   After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1.  That on **March 28, 2013**, commencing at 9:00 a.m., the court shall conduct the sentencing hearing; and

2.  That the deadline for the filing of motions for downward departure and variance, as well as objections to the pre-sentence investigation report shall be **March 14, 2013**.

Dated:  February 12, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.