PROB 12A
(04/02)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLORADO

## Report on Offender Under Supervision

Name of Offender:  Hai Manh Do                           Case Number:   11-cr-00422-REB-02
Name of Sentencing Judicial Officer:   Robert E. Blackburn
Date of Original Sentence:   March 28, 2013
Original Offense:   Manufacture & Possess with Intent to Distribute Marijuana, Aid & Abet Same
Date Supervision Commenced:   March 28, 2013    Date Supervision Expires:   March 27, 2017

### Report on Conduct and Condition of Offender and Proposed Action

The purpose of this report is to request approval for the defendant to travel to Ho Chi Minh City, Vietnam.  As a basis for this request, the following supervision adjustment summary is provided:

The defendant has been cooperative and compliant with his conditions of supervision.  The defendant is employed as a machinist for Ragsdale Industries in Englewood, Colorado.  He lives alone and has maintained a stable residence. He has paid the $2,500 fine and $100 special assessment in full.

The defendant recently submitted a request for permission to travel in order to marry a 30-year-old woman, Pham Thi Ngoc Sang, in Ho Chi Minh City, Vietnam. The defendant plans to fly to Vietnam and, if granted permission, intends to leave March 1 and return March 22, 2014.  He stated that his wedding date will be March 8, 2014, and he intends to travel with his mother, younger brother, sister-in-law and cousin. The defendant submitted a travel itinerary, which includes his future wife's address and contact telephone number.  Based on the defendant's favorable compliance while on supervision, I do not object to the defendant's planned travel to Vietnam.

Assistant U.S. Attorney M. J. Menendez was contacted and informed that she has no objection to the defendant's travel request.  Based on the aforementioned, it is respectfully requested that the Court approve the defendant's travel request.

Respectfully submitted,                                         Approved:

*s/Sergio Garza*                                                 *s/ Gary W. Phillips*
Sergio Garza                                                     Gary W. Phillips
Probation Officer                                                Supervising Probation Officer
Date: December 10, 2013

**X**  I Concur with the Proposed Action
☐  Submit a Request for Modification of the Condition(s) of Supervision
☐  Submit a Request for Warrant or Summons
☐  Schedule a Compliance Review Hearing
☐  Other:

**s/ Robert E. Blackburn**
Signature of Judicial Officer

**December 13, 2013**
Date